John S. Devlin, WSBA No. 23988
devlinj@lanpowell.com
Heidi C. Anderson, WSBA No. 37603
andersonh@lanepowell.com
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, Washington 98101-2338
Telephone: 206.223.7000
Facsimile: 206.223.7107

Attorneys for Appellant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

THE HONORABLE RONALD B. LEIGHTON

FILED _____ LODGED
_____ RECEIVED

SEP 2 1 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In re

SOLOMON, SHAUN

Debtor.

_____

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P.,

Appellant,

v.

ROBERT D. MILLER, JR., UNITED STATES TRUSTEE FOR REGION 18,

Appellee.

Bankruptcy Case No. 10-45964 BDL

Bankruptcy Appeal No. 11-T005

Case No. 11-cv-05512-RBL

*EXPARTE* ORDER AUTHORIZING FILING OF OVERLENGTH BRIEF

THIS MATTER came before this Court upon the *ex parte* motion of Appellant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP ("BANA"), pursuant to Local Civil Rule 7(f) for an order authorizing BANA to file a 33-page Opening Brief of Appellant in this matter (the "Opening Brief"); and the Court having determined that cause exists to grant the

*EXPARTE* ORDER AUTHORIZING FILING OF
OVERLENGTH BRIEF – 1
CASE NO. 11-CV-05512 RBL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1  requested relief and that *ex parte* presentation is reasonable under the circumstances; now therefore it is hereby

ORDERED that BANA is authorized to file its Opening Brief an additional three (3) pages in excess of the 30-page limit imposed by local rule.

DATED this 21st day of September, 2011.

_____
HONORABLE RONALD B. LEIGHTON

Presented By:

LANE POWELL PC

By  */s/ Heidi C. Anderson*
    John S. Devlin III, WSBA No. 23988
    Heidi C. Anderson, WSBA No. 37603
Attorneys for Bank of America, N.A.
and BAC Home Loans Servicing, LP

Of Counsel:

Thomas A. Connop (pro hac vice)
Paul F. Schuster (pro hac vice)
Bradley C. Knapp (pro hac vice)
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

//

//

//

*EX PARTE* ORDER AUTHORIZING FILING OF
OVERLENGTH BRIEF  – 2
CASE NO. 11-CV-05512 RBL

Jeffrey S. Bucholtz (pro hac vice)
Paul A. Mezzina (pro hac vice)
KING & SPALDING LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
Telephone: (202) 737-0500
Facsimile: (202) 626-3737

James A. Pardo, Jr. (pro hac vice)
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Andrew C. Hruska (pro hac vice)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*EX PARTE* ORDER AUTHORIZING FILING OF
OVERLENGTH BRIEF – 3
CASE NO. 11-CV-05512 RBL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107