| | |
|---|---|
| 1 | John S. Devlin, WSBA No. 23988 |
| | devlinj@lanpowell.com |
| 2 | Heidi C. Anderson, WSBA No. 37603 |
| | andersonh@lanepowell.com |
| 3 | LANE POWELL PC |
| | 1420 Fifth Avenue, Suite 4100 |
| 4 | Seattle, Washington 98101-2338 |
| | Telephone: 206.223.7000 |
| 5 | Facsimile: 206.223.7107 |

THE HONORABLE RONALD B. LEIGHTON

```
_____ FILED _____ LODGED
         _____ RECEIVED
         SEP 21 2011
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

Attorneys for Appellant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

In re

SOLOMON, SHAUN

                Debtor.

_____

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P.,

                Appellant,

v.

ROBERT D. MILLER, JR., UNITED STATES TRUSTEE FOR REGION 18,

                Appellee.

)
)  Bankruptcy Case No. 10-45964 BDL
)
)  Bankruptcy Appeal No. 11-T005
)
)  Case No. 11-cv-05512-RBL
)
)  *EXPARTE* ORDER AUTHORIZING
)  FILING OF OVERLENGTH BRIEF
)

THIS MATTER came before this Court upon the *ex parte* motion of Appellant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP ("BANA"), pursuant to Local Civil Rule 7(f) for an order authorizing BANA to file a 33-page Opening Brief of Appellant in this matter (the "Opening Brief"); and the Court having determined that cause exists to grant the

*EXPARTE* ORDER AUTHORIZING FILING OF
OVERLENGTH BRIEF – 1
CASE NO. 11-CV-05512 RBL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

requested relief and that *ex parte* presentation is reasonable under the circumstances; now therefore it is hereby

ORDERED that BANA is authorized to file its Opening Brief an additional three (3) pages in excess of the 30-page limit imposed by local rule.

DATED this 21st day of September, 2011.

_____
HONORABLE RONALD B. LEIGHTON

Presented By:

LANE POWELL PC

By  /s/ Heidi C. Anderson
    John S. Devlin III, WSBA No. 23988
    Heidi C. Anderson, WSBA No. 37603
Attorneys for Bank of America, N.A.
and BAC Home Loans Servicing, LP

Of Counsel:

Thomas A. Connop (pro hac vice)
Paul F. Schuster (pro hac vice)
Bradley C. Knapp (pro hac vice)
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

//

//

//

*EXPARTE* ORDER AUTHORIZING FILING OF OVERLENGTH BRIEF – 2
CASE NO. 11-CV-05512 RBL

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

1 | Jeffrey S. Bucholtz (pro hac vice)
2 | Paul A. Mezzina (pro hac vice)
  | KING & SPALDING LLP
3 | 1700 Pennsylvania Avenue NW, Suite 200
  | Washington, DC 20006
4 | Telephone: (202) 737-0500
  | Facsimile: (202) 626-3737
5 |
6 | James A. Pardo, Jr. (pro hac vice)
  | KING & SPALDING LLP
7 | 1180 Peachtree Street, NE
  | Atlanta, GA 30309
8 | Telephone: (404) 572-4600
  | Facsimile: (404) 572-5100
9 |
10 | Andrew C. Hruska (pro hac vice)
   | KING & SPALDING LLP
11 | 1185 Avenue of the Americas
   | New York, NY 10036
12 | Telephone: (212) 556-2100
   | Facsimile: (212) 556-2222

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 *EXPARTE* ORDER AUTHORIZING FILING OF OVERLENGTH BRIEF – 3

CASE NO. 11-CV-05512 RBL

28