THE HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Bankruptcy Case No. 10-45964 BDL |
| SOLOMON, SHAUN | |
| Debtor. | Bankruptcy Appeal No. 11-T005 |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., | Case No. 11-cv-05512-RBL |
| Appellant, | **ORDER ON BANK OF AMERICA, N.A.'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL** |
| v. | |
| ROBERT D. MILLER, JR., UNITED STATES TRUSTEE FOR REGION 18, | |
| Appellee. | |

THIS MATTER having come before the Court on Bank of America, N.A.'s, successor by merger to BAC Home Loans Servicing, LP ("BANA") Unopposed Motion for Voluntary Dismissal of its Appeal pursuant to Fed. R. Bankr. P. 8001(c)(2) (the "Motion"), all parties having been given notice of the Motion and an opportunity to respond to the Motion, and the Court having reviewed the

ORDER ON BANK OF AMERICA, N.A.'S MOTION
FOR VOLUNTARY DISMISSAL OF APPEAL – 1
CASE NO. 11-CV-05512-RBL

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

Motion, and considered the records and files herein, and being otherwise fully advised, now, therefore, it is hereby:

ORDERED that BANA's Motion is hereby granted. It is further ORDERED that the appeal is hereby dismissed, with each side to bear its own costs.

DATED this 10th day of May, 2012.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

Presented by:

LANE POWELL PC

By */s/ John S. Devlin III*
John S. Devlin III, WSBA No. 23988

*/s/ Heidi C. Anderson*
Heidi C. Anderson, WSBA No. 37603

Attorneys for Appellant Bank of America, N.A.
and BAC Home Loans Servicing, LP

Email: devlinj@lanepowell.com
andersonh@lanepowell.com

Lane Powell PC
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338
T: 206-223-7000
F: 206-223-7107

ORDER ON BANK OF AMERICA, N.A.'S MOTION
FOR VOLUNTARY DISMISSAL OF APPEAL – 2
CASE NO. 11-CV-05512-RBL